1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   PEGEEN D. RHYNE (Cal. State Bar No. 198146)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-6520
        Facsimile:  (213) 894-6269
7
   Attorneys for Plaintiff
8  United States of America



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 05-982-ABC |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO UNSEAL THE SEARCH |
| | ) WARRANT AND SUPPORTING |
| v. | ) DECLARATION FOR DEFENDANT |
| | ) WILLIAM W. HAMPTON'S OFFICE; |
| MAMDOUH S. BAHNA, M.D., | ) [PROPOSED] ORDER |
| WILLIAM W. HAMPTON, M.D., | ) |
| and BEL AIR SURGICAL | ) |
| INSTITUTE, INC., | ) |
| | ) |
| Defendants. | ) |

ENTER ON CMS

OCT 26 2005

Plaintiff United States of America, by and through its attorney of record, Pegeen D. Rhyne, hereby respectfully moves for an order to unseal the Search Warrant and Supporting Affidavit for the Premises Known as 350 Long Beach Boulevard, Suite 1D, Long Beach, California 90807 (the "Search Warrant").

The Search Warrant was filed underseal on December 20, 2004, so that the investigation in this case would not be impeded.

CC: USPO
    USM

1 | In an order by Magistrate Judge Jeffery Johnson dated December 20,
2 | 2004, the Search Warrant was ordered sealed "until further order of
3 | the court." On October 11, 2005, this case was indicted, and the
4 | government requests that the Search Warrant be unsealed so that the
5 | government can provide it to the defendants as discovery.

Dated: October 20, 2005

```
                              Respectfully Submitted,
                              DEBRA WONG YANG
                              United States Attorney

                              /s/ Pegeen D. Rhyne
                              PEGEEN D. RHYNE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA
```

## O R D E R

IT IS ORDERED THAT the Search Warrant and Supporting Affidavit for the Premises Known as 3505 Long Beach Boulevard, Suite 1D, Long Beach, California 90807 Is Hereby Unsealed.

IT IS SO FOUND AND ORDERED this _21_ day of October, 2005.

```
                              /s/ Audrey B. Collins
                              HONORABLE AUDREY B. COLLINS
                              UNITED STATES DISTRICT JUDGE
```

Presented by:

/s/ Pegeen D. Rhyne
Pegeen D. Rhyne
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, **Temeria Wylie,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **MOTION TO UNSEAL THE SEARCH WARRANT AND SUPPORTING DECLARATION FOR DEFENDANT WILLIAM W. HAMPTON'S OFFICE; [PROPOSED] ORDER**

service was:   **Donald Etra, Esq.**
**2029 Century Park East, Suite 1040**
**Los Angeles, California 90067-2911**

| [] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [**XX**] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|
| [] By hand delivery addressed as follows: **IN COURT** | [] By facsimile as follows: |
| [] By messenger as follows: | [] By federal express as follows: |

This Certificate is executed on **October 20, 2005**, at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Temeria Wylie*
**TEMERIA WYLIE**