MATTHEW C. MICKELSON (S.B.N. 203867)
LAW OFFICES OF MATTHEW C. MICKELSON
16055 Ventura Boulevard, Ste. 1230
Encino, CA 91436
818-382-3360

Attorneys for Defendant MAMDOUH BAHNA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MAMDOUH BAHNA aka MAMDOUH SADEK BAHNA, M.D.,<br><br>Defendant | Case No. CR 05-982-ABC<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**<br><br>Hon. Audrey B. Collins<br><br>**CTRM**.:  680 |

_____
1
NOTICE OF APPEARANCE

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Matthew C. Mickelson, 16055 Ventura Blvd., Ste. 1230, Encino, CA 91436, Telephone Number 818-382-3360, Facsimile Number 818-382-3364, is entering an appearance in the above-entitled matter as retained counsel for defendant, Mamdouh Bahna..

DATED:  August 28, 2012       LAW OFFICES OF
                                         MATTHEW C. MICKELSON

                                  By: /s/ Matthew C. Mickelson
                                    MATTHEW C. MICKELSON
                                    Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
1
MOTION TO RELEASE UNCLAIMED MONIES PAID FOR RESTITUTION